IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CARVIS LAMAR JOHNSON, PRO SE                                    PLAINTIFF

vs.                                    CIVIL ACTION NO.: 3:20-cv-328-CWR-FKB

SGT. JOSHUA BRIDGES, et al.                                    DEFENDANTS

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   Records Department
      Mississippi State Penitentiary
      P.O. Box 880
      Parchman, MS 38738

YOU ARE HEREBY COMMANDED to produce the body of **Carvis Lamar Johnson, MDOC No. 109384, (located at Central Miss. Correctional Facility**) in order that he might appear by **video conference** at the omnibus hearing in this matter before the Honorable F. Keith Ball, United States Magistrate Judge, United States District Court for the Southern District of Mississippi, on Wednesday, **December 9, 2020, at 9:30 a.m.**

And have you then and there this Writ.

WITNESS the Honorable Arthur Johnston, Clerk, United States District Court for the Southern District of Mississippi, this the __3rd__ day of December, 2020.



Arthur Johnston, Clerk, United States District Court
Southern District of Mississippi

By: _____
Deputy Clerk